THE PEOPLE OF THE STATE OF NEW YORK ex rel. HUBERT APARTMENT ASSOCIATION, Appellant, *v.* OTTO KELSEY, as Comptroller of the State of New York, Respondent.

*People ex rel. Hubert Apartment Assn.* v. *Kelsey*, 110 App. Div. 617, affirmed.

(Argued February 28, 1906; decided March 20, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 8, 1906, which affirmed a determination of the defendant in assessing a franchise tax against the relator for the year ending October 31, 1904.

*Nelson S. Spencer* for appellant.

*Julius M. Mayer*, Attorney-General (*Horace McGuire* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.